UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOTICE OF CASE ASSIGNMENT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 1 9 2005
DAVID J. MALAND, CLERK
BY
DEPUTY

Judge  WILLIAM M STEGER

CAUSE STYLE:                                CAUSE NO:

SCIENTIFIC-ATLANTA                          6:05cv343
          V.
FORGENT NETWORKS

   This is to advise you that the above cause has been filed/transferred and bears the above case number and style. All future instruments should be referred to by this number and filed with the appropriate divisional office of the Eastern District of Texas.

   You are further advised that this case has been assigned to the above named judge.

Date:   September 19, 2005                  DAVID J. MALAND, CLERK