IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| SCIENTIFIC-ATLANTA, INC., ET AL, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | 6:05CV343 |
| FORGENT NETWORKS, INC. | § § § | |
| *Defendant.* | § | |

## ORDER OF RECUSAL

The undersigned judge hereby recuses himself with regard to the above-entitled and numbered civil action.

**SIGNED this 22nd day of September, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE