Appendix K

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___TYLER___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __605CV-343__
Style: __Scientific-Atlanta, Inc. and Motorola, Inc. v. Forgent Networks, Inc.__

2. Applicant is representing the following party/ies:
__Plaintiff Scientific-Atlanta, Inc.__

3. Applicant was admitted to practice in __GA__ (state) on __12/041995__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: State of GA; State of CA; U.S. Supreme Ct. U.S. Court of Appeals, 9th Cir.; U.S. Court of Appeals, Fed. Cir.; U.S.D.C. N.D. GA; U.S.D.C. CA; U.S.D.C. E.D.CA; U.S.D.C. C.D.CA

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ___Patrick J. Flinn___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10-4-05__    Signature __[signature]__

Name (please print) __Patrick J. Flinn__
State Bar Number __264540__
Firm Name: __Alston & Bird, LLP__
Address/P.O. Box: __1201 West Peachtree Street__
City/State/Zip: __Atlanta, GA  30309__
Telephone #: __404-881-7920__
Fax #: __404-881-7777__
E-mail Address: __pflinn@alston.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 5th day of October, 2005.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Thompson_
Deputy Clerk