IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SCIENTIFIC-ATLANTA, INC. and MOTOROLA, INC. | § § § § | |
| Plaintiffs, | § § | C.A. NO.: 6:05-CV-343 |
| v. | § § § | |
| | § | JURY TRIAL DEMANDED |
| FORGENT NETWORKS, INC | § § § | |
| Defendant. | § § | |

### ORDER GRANTING FORGENT NETWORKS, INC MOTION TO TRANSFER/CONSOLIDATE

Defendant Forgent Networks, Inc. has moved to transfer and consolidate the above-captioned matter with Cause No. 2-05-CV-318, currently pending in the U.S. District Court for the Eastern District of Texas, Marshall Division. Having considered the matter, after being well and sufficiently advised, the Court finds that the Defendant's Motion should be granted.

NOW THEREFORE, **IT IS ORDERED**:

Defendant's Motion to Transfer/Consolidate is hereby **GRANTED**;

The present action, Cause No. 6:05-CV-343, shall immediately be transferred to the U.S. District Court for the Eastern District of Texas, Marshall Division, to be consolidated with *Forgent Networks, Inc. v. Echostar Communications Corporation et al.*, Cause No. 2-05-CV-318.

Date: _____

_____
HON. LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

H193299v3-14017.0008 PLEADINGS