AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **FORGENT NETWORKS, INC.**<br>V<br>**ECHOSTAR COMMUNICATIONS**<br><br>&<br><br>**SCIENTIFIC-ATLANTA, INC., et al**<br>V<br>**FORGENT NETWORKS, INC.** | **CASE NUMBER: 2:05CV318**<br><br>**N O T I C E**<br><br>**CASE NUMBER: 6:05CV343** |

TYPE OF CASE:
☒ CIVIL     ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br><br>**UNITED STATES DISTRICT COURT**<br>**211 WEST FERGUSON, 3RD FLOOR**<br>**TYLER, TEXAS 75702** | ROOM NO.<br>**JUDGE DAVIS'S COURTROOM IN TYLER, TEXAS** |
|---|---|
| | DATE AND TIME:<br>**NOVEMBER 8, 2005 @ 9:30 AM** |

TYPE OF PROCEEDING

**MOTION HEARING:**

**CASE NO: 2:05-CV-318:** Defendant's Motion to Coordinate Pretrial Proceedings (Dkt #51)

**CASE NO: 6:05-CV-343:** Defendant's Motion to Transfer/Consolidate (Dkt #7)

Date: 10.18.2005

**DAVID J. MALAND**
CLERK OF THE COURT

(BY) *Rosa L. Ferguson*, Courtroom Deputy

TO:   All Counsel of Record

**FILED - 10.18.2005**
**U.S. DISTRICT COURT - EASTERN**
**DISTRICT OF TEXAS**
**DAVID J MALAND, CLERK**