Appendix K

Revised 12/3/03

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 1 9 2005

DAVID J. MALAND, CLERK
BY
DEPUTY

1. This application is being made for the following: Case # __6-05CV-343 LED__
Style: __Scientific-Atlanta, Inc. and Motorola, Inc. v. Forgent Networks, Inc.__
2. Applicant is representing the following party/ies: __Motorola, Inc.__
3. Applicant was admitted to practice in __Texas__ (state) on __07/99__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: _____
    __U.S.D.C., Western District of Texas__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, __Brian K. Erickson__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __Oct. 17, 2005__   Signature _____

Name (please print) _____Brian K. Erickson_____
State Bar Number _____24012594_____
Firm Name:    __Dewey Ballantine LLP_____
Address/P.O. Box:   _401 Congress Avenue, Suite 3200_____
City/State/Zip: _____Austin, Texas 78701_____
Telephone #: _____512.226.0480_____
Fax #: _____512.226.0333_____
E-mail Address: _____berickson@dbllp.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this /9th day of ___October___, 2005.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____Jay Thompson_____
Deputy Clerk

AU1 22474v1