## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **SCIENTIFIC-ATLANTA, INC. and** | § | |
| **MOTOROLA, INC.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 6-05CV-343 LED** |
| **v.** | § | |
| | § | |
| **FORGENT NETWORKS, INC.** | § | |
| | § | |
| **Defendant** | § | |

---

### NOTICE OF APPEARANCE OF
### ADDITIONAL COUNSEL FOR MOTOROLA, INC.

---

Plaintiff, Motorola, Inc., files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Wayne M. Harding of the law firm Dewey Ballantine LLP, 401 Congress Avenue, Suite 3200, Austin, Texas 78701, is appearing as additional counsel for Motorola, Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

-1-

NOTICE OF APPEARANCE

Dockets.Justia.com

Dated:  October 27, 2005.

Respectfully submitted,

DEWEY BALLANTINE LLP

_____/s/_____

Wayne M. Harding
SBN: 08978500
wharding@deweyballantine.com
Brian Erickson (*Pro Hac Vice*)
SBN: 24012594
berickson@deweyballantine.com
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Telephone:  (512) 226-0300
Facsimile:  (512) 226-0333

Michael E. Jones
SBN:  10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
P. O. Box 359
Tyler, Texas  75710
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

ATTORNEYS FOR PLAINTIFF
MOTOROLA, INC.

**NOTICE OF APPEARANCE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2005.  Any other counsel of record will be served by facsimile transmission and first class mail.

_____/s/ Wayne Harding_____

AU1  22508v1

NOTICE OF APPEARANCE