IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SCIENTIFIC-ATLANTA, INC. and MOTOROLA, INC. | § § § | |
| Plaintiffs | § § | CASE NO.  6:05-CV-343 |
| vs. | § § § | PATENT CASE |
| FORGENT NETWORKS, INC. | § § § | |
| Defendant | § | |

**ORDER**

As previously ruled during the hearing on November 8, 2005, the Court **GRANTS** Forgent Networks, Inc.'s Motion to Transfer and Consolidate (Docket No. 7) and **ORDERS** this case transferred to the Marshall Division and consolidated with *Forgent Networks, Inc. v. Echostar Communications Corp.*, 2:05cv318.

**So ORDERED and SIGNED this 8th day of November, 2005.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**